**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | 3:16-cv-00520-HDM-WGC |
| Plaintiff, | ) ) | |
| vs. | ) ) | *and related case* |
| DWIGHT CARLSON AS TRUSTEE FOR PYRAMID TRIBE TR-116, | ) ) ) | |
| Defendant. | ) ) | |
| SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION, | ) ) ) | 3:16-cv-00423-MMD-WGC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JENNIE M. PEARMAN, TRUSTEE OF THE JENNIE M. PEARMAN REVOCABLE LIVING TRUST, DATED JULY 28, 2004, et al., | ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) ) | |

The presiding District Judges in these actions have reviewed Federal National Mortgage Association's notice of related case (ECF No. 4 in case no. 3:16-cv-00520-HDM-WGC; ECF No. 11 in case no. 3:16-

1

1  cv-00423-MMD-WGC) and have individually and collectively determined
2  that these actions are related and that there is good cause to
3  reassign them to one District Judge.  Additionally, reassignment will
4  promote judicial efficiency, avoid duplicative filings by the parties,
5  and will not result in prejudice to the parties.
6       Accordingly, it is hereby ordered that case no. 3:16-cv-00520-
7  HDM-WGC is reassigned to District Judge Miranda M. Du, and all further
8  pleadings must bear case no. 3:16-cv-00423-MMD-WGC.
9       DATED THIS 3rd day of October 2016.

_____          _____
HOWARD D. McKIBBEN                       MIRANDA M. DU
UNITED STATES DISTRICT JUDGE             UNITED STATES DISTRICT JUDGE

2